# United States Bankruptcy Court
### Eastern District of Virginia

| | | |
|---|---|---|
| In re **Annette Barksdale** | Case No. | **13-36383** |
| Debtor(s) | Chapter | **7** |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:

☐   Involuntary/Voluntary Petition *[Specify reason for amendment: ____]*
    *Check if applicable:* ☐ Soc. Sec. No. amended. *[If applicable:* **An original, signed Official Form 21 was
marked/hand-delivered to the Clerk's office on ____.*]**

☐   Summary of Schedules (Includes Statistical Summary of Certain Liabilities and Related Data)
☐   Schedule A - Real Property
☐   Schedule B - Personal Property
☐   Schedule C - Property Claimed as Exempt
☐   **Schedule D, E, or F, and/or list of Creditors or Equity Holders** - REQUIRES COMPLIANCE WITH LOCAL
    RULE 1009-1 (*$30.00 fee required if adding or deleting pre-petition creditors, changing amounts owed or
    classification of debt.*) **Check applicable statement(s):**

     ☐   **Creditor(s) added**      ☐   **Creditor(s) deleted**
     ☐   **Change in amounts owed or classification of debt**
     ☐   **No pre-petition creditors added/deleted, or amounts owed or classification of debt changed.** [Docket:
       **Amended Schedule(s) and/or Statement(s), List(s)-NO FEE)**
     ☐   **Post-petition creditors added (Schedule of Unpaid Debts)**
    **REMINDER: Conversion of Chapter 13 to Chapter 7** - only file Schedule of Unpaid Debts.

☐   Schedule G- Executory Contracts and Unexpired Leases
☐   Schedule H - Codebtors
☐   Schedule I - Current Income of Individual Debtor(s)
☒   Schedule J - Current Expenditures of Individual Debtor(s)

**[NOTE: The form "NOTICE TO CREDITOR(S) (RE AMENDMENT)" is still required when adding or deleting creditors.
*Amendment of debtor(s) Social Security Number requires that a hard copy of this cover sheet together with a completed
Official Form 21 - Statement of Social Security Number(s) be submitted to the Clerk's Office for entry of the amended Social
Security Number into the Court's database. ]**

☐   Statement of Financial Affairs
☐   Chapter 7 Individual Debtor's Statement of Intention
☐   Chapter 11 List of Equity Security Holders
☐   Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
☐   Disclosure of Compensation of Attorney for Debtor
☐   Other: ____

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the
amendment(s) checked above has been given this date to the United States Trustee, the trustee in this case, and to any and all entities
affected by the amendment as follows: ____.

Date: _____

     **/s/ Christopher M. Winslow**

     Attorney for Debtor(s) [or *Pro Se* Debtor(s)]
State Bar No.:   **76156**
Mailing Address: **Winslow & McCurry, PLLC**
              **1324 Sycamore Sq. Suite 202 C**
              **Midlothian, VA 23113**
Telephone No.:   **804-423-1382**

[amendcs ver. 11/11]

B6J (Official Form 6J) (12/07)

In re  **Annette Barksdale**                                    Case No.  **13-36383**
_____
                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,575.00 |
| a. Are real estate taxes included? Yes **X** No ___ | | |
| b. Is property insurance included? Yes **X** No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 87.24 |
|                    b. Water and sewer | $ | 60.00 |
|                    c. Telephone | $ | 78.39 |
|                    d. Other   **See Detailed Expense Attachment** | $ | 401.03 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 541.25 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 43.33 |
| 7. Medical and dental expenses | $ | 212.00 |
| 8. Transportation (not including car payments) | $ | 440.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                    a. Homeowner's or renter's | $ | 0.00 |
|                    b. Life | $ | 0.00 |
|                    c. Health | $ | 0.00 |
|                    d. Auto | $ | 166.00 |
|                    e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|        (Specify)   **Personal Property $365 Year** | $ | 30.41 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                    a. Auto | $ | 366.18 |
|                    b. Other   **See Detailed Expense Attachment** | $ | 611.78 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|       Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,912.61 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 4,736.12 |
| b.   Average monthly expenses from Line 18 above | $ | 4,912.61 |
| c.   Monthly net income (a. minus b.) | $ | -176.49 |

**B6J (Official Form 6J) (12/07)**

In re   **Annette Barksdale**                                Case No.   **13-36383**

Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| Cell Phone | $ | 134.60 |
| Cable | $ | 78.39 |
| Internet | $ | 78.39 |
| Gas | $ | 36.65 |
| Garbage | $ | 38.00 |
| Pest Control | $ | 35.00 |
| **Total Other Utility Expenditures** | $ | 401.03 |

**Other Installment Payments:**

| | | |
|---|---|---:|
| Grooming & Personal Hygiene | $ | 96.00 |
| Misc. Expenses | $ | 100.00 |
| Vehicle Upkeep | $ | 100.00 |
| Husband Vehicle Payment | $ | 250.00 |
| Community Association Due | $ | 65.78 |
| **Total Other Installment Payments** | $ | 611.78 |

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Annette Barksdale**                                    Case No.    **13-36383**

_____
                              Debtor(s)            Chapter    **7**

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I certify under penalty of perjury that the foregoing is true and correct.

Date    **January  6, 2014**                    Signature    **/s/ Annette Barksdale**

                                                              **Annette Barksdale**
                                                              Debtor

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571