

700 Kansas Lane
Monroe, LA 71203
(800) 848-9136 Customer Care
(800) 582-0542 TDD/Text Telephone

MAY 8, 2014

TO:
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
701 E. BROAD ST
RICHMOND VA 23219



To Whom It May Concern:

This letter is in response to the enclosed correspondence that Chase recently received.

Unfortunately we could not identify a Chase account with the limited information that is provided. If applicable, you may submit these documents with additional information that will allow us to identify the Chase account and process your correspondence. The needed information consists of: primary borrower's name & address, Chase loan number or property address.

Please send the additional information and correspondence to:

> Chase Record Center
> Attn: Correspondence Mail
> 700 Kansas Lane
> Monroe, LA 71203

Chase's goal is to provide the highest level of quality service. If you have any questions, please contact Customer Care at (800) 848-9136.

Sincerely,

Customer Care

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

Case Number  13-36383-KLP
Chapter  7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Annette Barksdale
15219 Windy Ridge Road
Midlothian, VA 23112

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any):
Debtor: xxx-xx-4655

Employer Tax-Identification (EIN) No(s).(if any):
Debtor: NA

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

Annette Barksdale is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: March 31, 2014                    William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

000193                    19201-00032285